```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Mark A. Applegarth,            :

      Plaintiff,             :

  v.                           :   Case No. 2:06-cv-1006

Attorney Steven R. Hughes,     :   JUDGE SMITH

      Defendant.             :

<u>ORDER</u>

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 1, 2006.  No objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The complaint is DISMISSED for failing to state a claim upon which relief can be granted.

<u>/s/ George C. Smith</u>
George C. Smith
United States District Judge